| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
| Attorney General of Hawaiʻi | |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| Solicitor General | |
| LAUREN K. CHUN | 10196 |
| First Deputy Solicitor General | |
| THOMAS J. HUGHES | 11059 |
| CAITLYN B. CARPENTER | 11928 |

Deputy Solicitors General
Department of the Attorney General,
 State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov
         lauren.k.chun@hawaii.gov
         thomas.j.hughes@hawaii.gov
         caitlyn.b.carpenter@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAIʻI; JOSHUA BOOTH GREEN, Governor of Hawaiʻi, in his official capacity; and ANNE E. LOPEZ, in her official capacity as Hawaiʻi Attorney General,<br><br>Defendants. | No. 1:25-cv-00179-HG-WRP<br><br>**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM IN SUPPORT OF MOTION; APPENDICES A–B; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Helen Gillmor |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants State of Hawaiʻi, Joshua Booth Green, and Anne E. Lopez move for judgment on the pleadings pursuant to FRCP Rule 12(c).

This motion is made following the conference of counsel pursuant to LR 7.8, which took place on July 15, 2025.

DATED:  Honolulu, Hawaiʻi, July 25, 2025.

/s/ *Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
LAUREN K. CHUN
THOMAS J. HUGHES
CAITLYN B. CARPENTER

Attorneys for Defendants