# MINUTE ORDER

```
CASE NUMBER:     CV NO. 25-00179 HG-WRP

CASE NAME:       United States of America v. State of
                 Hawaii; Joshua Booth Green, in his
                 official capacity; Anne E. Lopez, in her
                 official capacity

ATTY FOR         Justin D. Heminger
PLAINTIFF:

ATTYS FOR        Kalikoonalani Diara Fernandes
DEFENDANTS:      Caitlyn B. Carpenter
                 Lauren K. Chun
                 Thomas J. Hughes
```

JUDGE: Helen Gillmor

DATE: July 28, 2025

---

On July 25, 2025, Defendants State of Hawaii, Joshua Booth Green, and Anne E. Lopez filed:

MOTION FOR JUDGMENT ON THE PLEADINGS. (ECF No. 22).

Plaintiff shall file an Opposition on or before Monday, August 25, 2025.

Defendants shall file a Reply on or before Monday, September 15, 2025.

The Court will notify the parties in due course whether a hearing on the matter will be held in court, by video conference, or by telephone conference, or whether the matter will be decided without a hearing pursuant to District of Hawaii Local Rule 7.1(c).

Submitted by: Rachel Sharpe, Courtroom Manager