IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAIʻI; JOSHUA BOOTH GREEN, Governor of Hawaiʻi, in his official capacity; and ANNE E. LOPEZ, in her official capacity as Hawaiʻi Attorney General,<br><br>Defendants. | CASE NO. 1-25-cv-00179-HG-WRP<br><br>**DECLARATION OF LAUREN K. CHUN** |

DECLARATION OF LAUREN K. CHUN

I, LAUREN K. CHUN, declare as follows:

1. I am a Deputy Solicitor General with the Department of the Attorney General, State of Hawaiʻi, and am counsel of record for the Defendants in the above-entitled matter. The statements made herein are based on my personal knowledge.

2. Before the State filed its Motion for Judgment on the Pleadings in this action, I was in communication with counsel for Plaintiff regarding Plaintiff's proposal for a possible briefing schedule for the filing of dispositive motions.

1

3. On July 18, 2025, I let Plaintiff's counsel know via email that the State would prefer to file its dispositive motion and see what schedule would be set by the Court.

4. The State filed its Motion for Judgment on the Pleadings on July 25, 2025. The Court issued its Minute Order setting a briefing schedule on July 28, 2025.

5. On July 31, 2025, Plaintiff's counsel emailed me again proposing a briefing schedule. That schedule would have required Plaintiff to file its Opposition to the State's Motion by September 5, 2025.

6. Also on July 31, 2025, the Circuit Court of the First Circuit, State of Hawaiʻi, entered a minute order staying further proceedings in *State of Hawaiʻi v. BP P.L.C.*, Civil No. 1CCV-25-0000717 (JJK), citing the pending Motion for Judgment on the Pleadings in this action.

7. On August 6, 2025, I emailed Plaintiff's counsel to decline the proposed briefing schedule, noting that in light of the minute order staying the Circuit Court proceedings, the State was not inclined to deviate from the schedule set by this Court.

8. The Circuit Court entered its written order staying proceedings on August 18, 2025. ECF 25-2.

2

9.  Also on August 18, 2025, Plaintiff's counsel emailed me to request consent to a 30-day extension of time to file its Opposition. I responded by email on August 19, 2025, to decline the request, again citing the stay of the Circuit Court proceedings.

10.  On August 21, 2025, Plaintiff's counsel requested a conference pursuant to Local Rule 7.8. We conducted the conference that same day virtually via Teams.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaiʻi, August 22, 2025.

*/s/ Lauren K. Chun*
LAUREN K. CHUN