IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAIʻI; JOSHUA BOOTH GREEN, Governor of Hawaiʻi, in his official capacity; and ANNE E. LOPEZ, in her official capacity as Hawaiʻi Attorney General,<br><br>Defendants. | CASE NO. 1-25-cv-00179-HG-WRP<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via US Mail, postage prepaid, upon the following:

    ADAM R.F. GUSTAFSON
    ROBERT N. STANDER
    JUSTIN D. HEMINGER
    Environment and Natural Resources Division
    U.S. Department of Justice
    Post Office Box 7415
    Washington, D.C.  200445
    Telephone:  (202) 514-2689
    Fax: (202) 305-0506
    E-mail:  justin.heminger@usdoj.gov

    Attorneys for Plaintiff

1

UNITED STATES OF AMERICA

DATED: Honolulu, Hawai'i, August 22, 2025.

 */s/ Lauren K. Chun*
LAUREN K. CHUN

Attorney for Defendants STATE OF HAWAI'I; JOSHUA BOOTH GREEN, Governor of Hawai'i in his official capacity; and ANNE E. LOPEZ, in her official capacity as Hawai'i Attorney General

2