ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
ROBERT N. STANDER
Deputy Assistant Attorney General
JUSTIN D. HEMINGER
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
Telephone: (202) 598-5396
Email: justin.heminger@usdoj.gov

*Attorneys for Plaintiff United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> STATE OF HAWAII ; JOSHUA BOOTH GREEN, Governor of Hawaii, in his official capacity; and ANNE E. LOPEZ, in her official capacity as Hawaii Attorney General, <br><br> *Defendants*. | No. 1:25-cv-00179-HG-WRP <br><br> **PLAINTIFF UNITED STATES' RESPONSE TO NOVEMBER 6, 2025 ORDER (ECF 31) AND APPLICATION FOR HEARING ON DEFENDANTS' RULE 12(C) MOTION (ECF 22)** <br><br> Judge: Hon. Helen Gillmor |

Plaintiff United States of America responds to the Court's November 6, 2025 Order, which inquired about the impact of the appropriations lapse on this case.

1

On November 12, 2025, the lapse in appropriations ended when the President signed H.R. 5371—Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026. Thus, the appropriations lapse does not currently affect this case.

Relatedly, the United States respectfully requests that the Court schedule a hearing on Hawaii's Rule 12(c) Motion, ECF 22, which is now fully briefed. A hearing would assist the Court in resolving Hawaii's Motion, and the United States stands ready to appear for that hearing.

Counsel for the United States conferred with counsel for Hawaii, which respectfully declined to join the request for a hearing. Hawaii took no position on whether a hearing is necessary and defers to the Court's discretion under L.R. 7.1(c).

In conclusion, the appropriations lapse does not presently affect this case, and the Court should schedule a hearing on Hawaii's Rule 12(c) Motion.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

ROBERT N. STANDER
Deputy Assistant Attorney General

/s/ *Justin D. Heminger*
JUSTIN D. HEMINGER
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
Telephone: (202) 598-5396
Email: justin.heminger@usdoj.gov

Date: November 21, 2025

3