MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 25-CV-00179 HG-WRP |
| CASE NAME: | United States of America v. State of Hawaii; Joshua Booth Green, Governor of Hawaii, in his official capacity; Anne E. Lopez, in her official capacity as Hawaii Attorney General |
| ATTY FOR PLA: | Justin D. Heminger |
| ATTYS FOR DEFTS: | Kalikoonalani Diara Fernandes<br>Caitlyn B. Carpenter<br>Lauren K. Chun<br>Thomas J. Hughes |

JUDGE:  Helen Gillmor

DATE:   January 22, 2026

## I.  Procedural History

On April 30, 2025, the United States of America filed a Complaint in the United States District Court for the District of Hawaii, seeking Declaratory and Injunctive Relief.  (ECF No. 1).

The lawsuit brought by the United States requests an injunction to prevent the State of Hawaii from suing private fossil fuel companies for alleged harms related to climate change.

The day after the Complaint was filed here, on May 1, 2025, the State of Hawaii filed a lawsuit against various private entities in Hawaii State Court in State of Hawaii, ex rel. Anne E. Lopez, Attorney General v. BP P.L.C.; BP America Inc.; BP Products North America Inc.; Chevron Corp.; Chevron USA Inc.; Exxon Mobil Corp.; ExxonMobil Oil Corporation; Shell P.L.C.; Shell USA, Inc.; Equilon Enterprises LLC d/b/a Shell Oil Products US; Shell Trading (US) Company; Sunoco LP; Aloha Petroleum, Ltd.; Aloha Petroleum LLC; ConocoPhillips; ConocoPhillips Company; Phillips 66; Phillips 66 Company; Woodside Energy Hawaii

Inc. f/k/a BHP Hawaii Inc.; American Petroleum Institute; and DOES 1-100, Inclusive, 1CCV-25-0000717, Circuit Court of the First Circuit, State of Hawaii. (State Court Complaint, attached as Ex. A to Def.'s Motion for Judgment on the Pleadings, ECF No. 22-2).

In the case before this Court, on July 25, 2025, the State of Hawaii Defendants filed a Motion for Judgment on the Pleadings.  (ECF No. 22).

On July 28, 2025, the Court issued a briefing schedule. (ECF No. 23).

On August 22, 2025, the United States filed a Motion for Extension of Time to File its Opposition, which was granted.  (ECF Nos. 25, 27).

On September 24, 2025, the United States filed its Opposition to the State of Hawaii Defendants' Motion for Judgment on the Pleadings.  (ECF No. 29).

On October 1, 2025, the United States Government shut down.

On October 22, 2025, the State of Hawaii Defendants filed their Reply to the Opposition to the Motion.  (ECF No. 30).

On November 12, 2025, the United States Government reopened.

On November 24, 2025, the Court set a hearing on the Defendants' Motion for Judgment on the Pleadings for January 27, 2026.  (ECF No. 35).

Upon the Court's review of the pleadings in this case, it finds additional briefing is required.


## II.  Hearing Is Vacated

The hearing set for Tuesday, January 27, 2026, at 10:30 a.m., is **VACATED**.

The Court requires additional briefing to address issues raised by the Parties' pleadings on the Defendants' Motion (ECF No. 22).

The Court will issue a briefing schedule indicating the information necessary to proceed.


Submitted by: Renee L.F. Honda, Courtroom Manager