ANNE E. LOPEZ  7609
Attorney General of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES  9964
Solicitor General
LAUREN K. CHUN  10196
First Deputy Solicitor General
THOMAS J. HUGHES  11059
CAITLYN B. CARPENTER  11928
Deputy Solicitors General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kaliko.d.fernandes@hawaii.gov
        lauren.k.chun@hawaii.gov
        thomas.j.hughes@hawaii.gov
        caitlyn.b.carpenter@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF HAWAIʻI; JOSHUA BOOTH GREEN, Governor of Hawaiʻi, in his official capacity; and ANNE E. LOPEZ, in her official capacity as Hawaiʻi Attorney General,<br><br>Defendants. | No. 1:25-cv-00179-HG-WRP<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br><br><br>Judge: Hon. Helen Gillmor |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.6, Defendants provide notice of the Opinion and Order in *United States v. Michigan*, No. 1:25-cv-496, 2026 WL 194031, at *1-14 (W.D. Mich. Jan. 24, 2026) (dismissing, on both ripeness and standing grounds, the United States' claims seeking to preclude Michigan from filing "state-law claims against 'fossil fuel companies to seek damages for alleged climate change harms'"). A copy of the Opinion and Order is attached as Exhibit 1.

DATED: Honolulu, Hawaiʻi, January 26, 2026.

/s/ *Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
LAUREN K. CHUN
THOMAS J. HUGHES
CAITLYN B. CARPENTER

Attorneys for Defendants