# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. Mail, postage prepaid, upon the following:

ADAM R.F. GUSTAFSON
ROBERT N. STANDER
JUSTIN D. HEMINGER
JAMES R. MacAYEAL
United States Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044

Attorneys for Plaintiff

DATED: Honolulu, Hawaiʻi, January 26, 2026.

/s/ *Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
LAUREN K. CHUN
THOMAS J. HUGHES
CAITLYN B. CARPENTER

Attorneys for Defendants