AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

     Plaintiff,

     V.

STATE OF HAWAII; JOSHUA BOOTH GREEN; ANNE E. LOPEZ

     Defendants.

JUDGMENT IN A CIVIL CASE

Case: 1:25-CV-00179-HG-WRP

| FILED IN THE |
| :---: |
| UNITED STATES DISTRICT COURT |
| DISTRICT OF HAWAII |
| **Apr 15, 2026, 1:22 pm** |
| LUCY H. CARRILLO, CLERK OF COURT |

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the **"ORDER Granting Defendants' Motion for Judgment on the Pleadings (ECF No. 22)"**, ECF No. 43, filed on April 15, 2026. The Clerk of Court is **ORDERED** to enter Judgment in favor of the Defendants and to **CLOSE THE CASE.**

| April 15, 2026 | LUCY H. CARRILLO |
| :---: | :---: |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by CB |
| | (By) Deputy Clerk |