## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. Mail, postage prepaid, upon the following:

ADAM R.F. GUSTAFSON
ROBERT N. STANDER
JUSTIN D. HEMINGER
United States Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Attorneys for Plaintiff

DATED:    Honolulu, Hawaiʻi, June 12, 2026.

/s/ *Thomas J. Hughes*
KALIKOʻONĀLANI D. FERNANDES
LAUREN K. CHUN
THOMAS J. HUGHES
CAITLYN B. CARPENTER

Attorneys for Defendants

1