AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

    Plaintiff,

    V.

STATE OF HAWAII; JOSHUA BOOTH GREEN; ANNE E. LOPEZ

Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case: 1:25-CV-00179-HG-WRP

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS" (ECF No. 43), filed on April 15, 2026, and the Minute Order (ECF No. 50), filed on July 2, 2026.  The case is DISMISSED WITHOUT PREJUDICE.

| July 2, 2026 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |

| | /s/ LUCY H. CARRILLO by CB |
|---|---|
| | (By) Deputy Clerk |